**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-00018-WJM-KMT

CHIPOTLE MEXICAN GRILL, INC.,

    Plaintiff,

v.

JOHN CHEVEDDEN,
JAMES MCRITCHIE, and
MYRA K. YOUNG,

    Defendants.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous Orders entered in this case and the Order Granting Defendants' Motion to Dismiss, entered by the Honorable William J. Martínez, United States District Judge, on March 14, 2014,

    IT IS ORDERED that Defendants' Motion to Dismiss for Lack of Jurisdiction (ECF No. 10) is GRANTED and this matter is DISMISSED WITHOUT PREJUDICE.

    IT IS FURTHER ORDERED that Final Judgment is entered in favor of Defendants and the action and complaint are dismissed.

    IT IS FURTHER ORDERED that Defendants are awarded their costs upon the filing of a Bill of Costs with the Clerk of Court within fourteen days' entry of Final Judgment.

Dated at Denver, Colorado this   14    day of March 2014.

BY THE COURT:
JEFFREY P. COLWELL, CLERK


By:   s/Deborah Hansen
Deborah Hansen, Deputy Clerk